

1  MICHAEL J. HARTLEY (State Bar No. 189375)
2  J. CHRIS SWEENEY (State Bar No. 203633)
   **WESTON, BENSHOOF, ROCHEFORT,**
3     **RUBALCAVA & MacCUISH LLP**
   333 South Hope Street, Sixteenth Floor
4  Los Angeles, California 90071
   Telephone: (213) 576-1000
5  Facsimile: (213) 576-1100
   mhartley@wbcounsel.com
6  jcsweeney@wbcounsel.com

7  RICHARD J. OPARIL *(Admitted Pro Hac Vice)*
   **PATTON BOGGS LLP**
8  2550 M Street, NW
   Washington, DC 20037
9  Telephone: (202) 457-6000
   Facsimile: (202) 457-6315
10 roparil@pattonboggs.com

11 SCOTT A.M. CHAMBERS, Ph.D. *(Admitted Pro Hac Vice)*
   **PATTON BOGGS LLP**
12 8484 Westpark Drive
   McLean, VA 22102
13 Telephone: (703) 744-8000
   Facsimile: (703) 744-8001
14 schambers@pattonboggs.com

15 Attorneys for Defendant
   TECHRADIUM, INC.

16        **UNITED STATES DISTRICT COURT**

17        **CENTRAL DISTRICT OF CALIFORNIA**

18            **WESTERN DIVISION**

19 THE NTI GROUP, INC., a Delaware          Case No.: CV 06-3683 (RCx)
   corporation,
20                                          **STIPULATED REQUEST FOR**
                                            **CONTINUATION OF TRIAL DATE**
21       Plaintiff,          **AND [PROPOSED] ORDER**
                                            **THEREON**
22   v.

23 TECHRADIUM, INC., a Texas corporation,   [Declaration of Scott A.M. Chambers,
                                            Ph.D. Filed Concurrently Herewith]
24       Defendant.
                                            Filing Date:      June 13, 2006
25                                          Trial Date:       March 20, 2007
                                            Pre-Trial
26                                            Conference Date: February 26, 2007
                                            Discovery
27                                            Cut-Off:        February 5, 2007

28

FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DOCKETED ON CM
DEC 11 2006
BY _____ 145

879651 1

*(left margin, vertical)* WESTON BENSHOOF ROCHEFORT RUBALCAVA MacCUISH LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

LODGED

*(handwritten)* Denied cause
No good show
Dec. 11, 2006

Lead counsel for defendant TechRadium, Inc. ("Defendant") is lead counsel for two other federal matters scheduled for trial in March 2007 and May 2007. The nature of these proceedings are set forth in detail in the attached declaration of Scott A.M. Chambers, Ph.D., along with the accompanying trial scheduling orders. As a result, TechRadium is seeking a 120 day continuance of the March 20, 2007 trial date and related dates in this matter recently set by the Court (the Court's scheduling order is attached as Exhibit 1 hereto). TechRadium has consulted with opposing counsel and confirmed that plaintiff The NTI Group, Inc. does not oppose, and will stipulate to, such a continuance. TechRadium therefore respectfully requests that the Court continue the trial and related dates in this matter to the dates set forth below, or to the earliest convenient dates for the Court that would allow for a trial after July 1, 2007. Counsel are prepared to appear before the Court in support of this request at the Court's convenience should the Court deem it necessary.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

The current trial and related dates in this case shall be continued approximately 120 days, as follows:

|    |    | **CURRENT** | **CONTINUED** |
|----|----|---------|-----------|
| a) | Discovery Cut-Off | 2/5/07 | 6/1/07 |
| b) | Memorandum of Fact and Law; Witness and Exhibits Lists | 2/5/07 | 6/1/07 |
| c) | Pretrial Conference Order | 2/20/07 | 6/18/07 |

///

///

WESTON BENSHOOF ROCHEFORT RUBALCAVA MacCUISH LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

1

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE
USDC CASE NO. 06-3683 R (RCx)

879651 1

SCANNED

|     |                     | **CURRENT** | **CONTINUED** |
|-----|---------------------|-------------|---------------|
| d)  | Pretrial Conference | 2/26/07     | 6/26/07       |
| e)  | Trial Date          | 3/20/07     | 7/17/07       |

DATED:  December 6, 2006     MARCUS A. MCDANIEL
JENNIFER BLAIR
PATRICIA A. YOUNG
**LATHAM & WATKINS**

_____
Marcus A. McDaniel     *Jennifer Blair*
Attorneys for Plaintiff
THE NTI GROUP, INC.

DATED:  December 5, 2006     MICHAEL J. HARTLEY
J. CHRIS SWEENEY
**WESTON BENSHOOF ROCHEFORT
RUBALCAVA MacCUISH LLP**

_____
Michael J. Hartley
Attorneys for Defendant
TECHRADIUM, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

# DENIED

DATED: _____     _____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT
JUDGE

2

|     |                       | **CURRENT** | **CONTINUED** |
|-----|-----------------------|-------------|---------------|
| d)  | Pretrial Conference   | 2/26/07     | 6/26/07       |
| e)  | Trial Date            | 3/20/07     | 7/17/07       |

DATED: December 5, 2006    MARCUS A. MCDANIEL
                           JENNIFER BLAIR
                           PATRICIA A. YOUNG
                           **LATHAM & WATKINS**

                           _____
                                        Marcus A. McDaniel
                           Attorneys for Plaintiff
                           THE NTI GROUP, INC.

DATED: December 5, 2006    MICHAEL J. HARTLEY
                           J. CHRIS SWEENEY
                           **WESTON BENSHOOF ROCHEFORT
                             RUBALCAVA MacCUISH LLP**

                           _____
                                        Michael J. Hartley
                           Attorneys for Defendant
                           TECHRADIUM, INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____

                           _____
                           HONORABLE MANUEL L. REAL
                           UNITED STATES DISTRICT COURT
                           JUDGE

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE
USDC CASE NO. 06-3683 R (RCx)

879651 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-06-3683-R                          Date: NOV. 8, 2006

Title:  NTI GROUP INC -V- TECHRADIUM INC
=======================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

William Horrell                              None Present
Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                         None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE-TRIAL & TRIAL DATES

**COUNSEL ARE NOTIFIED that this action is hereby placed on calendar
for FINAL PRE-TRIAL CONFERENCE on FEBRUARY 26, 2007 AT 11:00 A.M.**

**Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness
Lists shall be filed and served on or before FEBRUARY 5, 2007, which date
will also serve as the discovery cut-off date in this action.  There is no
Motion Cut-Off Date set.**

**PRE-TRIAL CONFERENCE ORDER shall be lodged with this Court on or
before FEBRUARY 20, 2007.**

**JURY TRIAL DATE is set as MARCH 20, 2007 AT 9:00 A.M.**

**IT IS SO ORDERED.**

cc: counsel of record (by optical scanning)

DOCKETED ON CM
NOV - 8 2006
BY          145

MINUTES FORM 11                         Initials of Deputy Clerk  WH
CIVIL -- GEN

3

# PROOF OF SERVICE

I, Yolanda S. Ramos, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On December 6, 2006, I served the document(s) described as **STIPULATED REQUEST FOR CONTINUATION OF TRIAL DATE AND [PROPOSED] ORDER THEREON** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

### *SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS    ☐ UPS    ☐ Overnight Delivery [specify name of service:  ] with delivery fees fully provided for or delivered the envelope to a courier or driver of  ☐ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2006, at Los Angeles, California.

YOLANDA S. RAMOS

WESTON BENSHOOF ROCHEFORT RUBALCAVA MACCUISH LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

879651 1

*THE NTI GROUP, INC., etc., et al. v. TECHRADIUM, INC., etc., et al.*
**USDC Case No. CV 06-3683 (RCx)**

## SERVICE LIST

| | |
|---|---|
| Marcus A. McDaniel, Esq.<br>Jennifer Blair, Esq.<br>Patricia A. Young, Esq.<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071 | Attorneys for Plaintiff<br>THE NTI GROUP, INC.<br><br>Telephone: (213) 891-8760<br>Facsimile: (213) 891-8763 |
| Michael J. Weaver, Esq.<br>Robert J. Blair, Esq.<br>Latham & Watkins LLP<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101-3375 | Attorneys for Plaintiff<br>THE NTI GROUP, INC.<br><br>Telephone: (619) 236-1234<br>Facsimile: (619) 696-7419 |
| Richard J. Oparil, Esq.<br>Patton Boggs LLP<br>2550 M Street, NW<br>Washington, DC 20037 | Attorneys for Defendant<br>TECHRADIUM, INC.<br>*(Admitted Pro Hac Vice)*<br><br>Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315 |
| Scott A.M. Chambers, Ph.D.<br>Patton Boggs LLP<br>8484 Westpark Drive<br>McLean, VA 22102 | Attorneys for Defendant<br>TECHRADIUM, INC.<br>*(Admitted Pro Hac Vice)*<br><br>Telephone: (703) 744-8000<br>Facsimile: (703) 744-8001 |

WESTON BENSHOOF ROCHEFORT RUBALCAVA MacCUISH LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

879651 1