MICHAEL J. HARTLEY (State Bar No. 189375)
J. CHRIS SWEENEY (State Bar No. 203633)
**WESTON, BENSHOOF, ROCHEFORT,
    RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
mhartley@wbcounsel.com
jcsweeney@wbcounsel.com

RICHARD J. OPARIL *(Admitted Pro Hac Vice)*
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
roparil@pattonboggs.com

SCOTT A.M. CHAMBERS, Ph.D. *(Admitted Pro Hac Vice)*
**PATTON BOGGS LLP**
8484 Westpark Drive
McLean, VA 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001
schambers@pattonboggs.com

Attorneys for Defendant
TECHRADIUM, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE NTI GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHRADIUM, INC., a Texas corporation,<br><br>Defendant. | Case No.: CV 06-3683 (RCx)<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>Filing Date:          June 13, 2006<br>Trial Date:           March 20, 2007<br>Pre-Trial<br>  Conference Date: February 26, 2007<br>Discovery<br>  Cut-Off:            February 5, 2007 |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP RULE 77(d).

STIPULATED ORDER OF DISMISSAL
USDC CASE NO. CV 06-3683 R (RCx)

1         Pursuant to Fed.R.Civ.P 41, it is hereby stipulated by the parties, Plaintiff
2 The NTI Group, Inc. ("NTI") and Defendant TechRadium, Inc. ("TechRadium"),
3 subject to the approval of the Court, that this action, is dismissed with prejudice
4 subject to the terms of the Settlement Agreement recently executed by the parties.

6 DATED: February 8, 2007     MARCUS A. McDANIEL
                                     JENNIFER BLAIR
                                     **LATHAM & WATKINS LLP**

                                     Jennifer Blair
                                     Attorneys for Plaintiff The NTI Group, Inc.

DATED: February 8, 2007     MICHAEL J. HARTLEY
                                     J. CHRIS SWEENEY
                                     **WESTON BENSHOOF ROCHEFORT
                                     RUBALCAVA MacCUISH LLP**

                                     Michael J. Hartley
                                     Attorneys for Defendant TECHRADIUM, INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: **Feb. 20, 2007**

                                     HONORABLE MANUEL L. REAL
                                     United States District Court Judge

## PROOF OF SERVICE

I, Yolanda S. Ramos, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On February 8, 2007, I served the document(s) described as **STIPULATED ORDER OF DISMISSAL** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS    ☐ UPS    ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of    ☐ FEDERAL EXPRESS    ☐ UPS    ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2007, at Los Angeles, California.

YOLANDA S. RAMOS

*THE NTI GROUP, INC., etc., et al. v. TECHRADIUM, INC., etc., et al.*
USDC Case No. CV 06-3683 (RCx)

### SERVICE LIST

| | |
|---|---|
| Marcus A. McDaniel, Esq.<br>Jennifer Blair, Esq.<br>Patricia A. Young, Esq.<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071 | Attorneys for Plaintiff<br>THE NTI GROUP, INC.<br><br>Telephone: (213) 891-8760<br>Facsimile: (213) 891-8763 |
| Michael J. Weaver, Esq.<br>Robert J. Blair, Esq.<br>Latham & Watkins LLP<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101-3375 | Attorneys for Plaintiff<br>THE NTI GROUP, INC.<br><br>Telephone: (619) 236-1234<br>Facsimile: (619) 696-7419 |
| Richard J. Oparil, Esq.<br>Patton Boggs LLP<br>2550 M Street, NW<br>Washington, DC 20037 | Attorneys for Defendant<br>TECHRADIUM, INC.<br>*(Admitted Pro Hac Vice)*<br><br>Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315 |
| Scott A.M. Chambers, Ph.D.<br>Patton Boggs LLP<br>8484 Westpark Drive<br>McLean, VA 22102 | Attorneys for Defendant<br>TECHRADIUM, INC.<br>*(Admitted Pro Hac Vice)*<br><br>Telephone: (703) 744-8000<br>Facsimile: (703) 744-8001 |

910086.1